UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKYLA RICHARDSON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:19-cv-00705 |
| HARBOR FREIGHT TOOLS USA, INC., | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION

Defendant Harbor Freight Tools USA, Inc., pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and Federal Rule of Civil Procedure 12(b)(3), hereby moves to dismiss Plaintiff's Class Action Complaint in its entirety and to compel Plaintiff Skyla Richardson to submit her claims to individual arbitration. Support for this motion is found in the accompanying Memorandum of Law and Declaration of Sallie Taylor.

Dated: July 2, 2019

HARBOR FREIGHT TOOLS USA, INC.

By: /s/ Maria A. Boelen
Bonnie Keane DelGobbo (*pro hac vice* forthcoming)
Maria Boelen (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
bdelgobbo@bakerlaw.com
mboelen@bakerlaw.com

Joel Griswold (*pro hac vice* forthcoming)
**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088
jcgriswold@bakerlaw.com

Russell K. Scott
**GREENSFELDER, HEMKER & GALE, P.C.**
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: (618) 239-3612
rks@greensfelder.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she caused a true copy of the foregoing document to be served on counsel of record via First Class U.S. Mail and email on July 2, 2019 to:

Brandon M. Wise
Paul A. Lesko
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Avenue, Floor 2
St. Louis, MO 63104
bwise@pwcklegal.com
plesko@pwcklegal.com

*Counsel for Plaintiff*

/s/Maria A. Boelen